**Order entered August 17, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00129-CR
## No. 05-21-00130-CR

**VICTORIA IFEANYI ANWUZIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Rockwall County, Texas**
**Trial Court Cause Nos. CR16-0886 & CR16-0887**

## ORDER

Before the Court is appellant's August 16, 2021 third motion for an extension of time to file her brief. We **GRANT** the motion and **ORDER** appellant's brief due by August 31, 2021.

/s/     LANA MYERS
        JUSTICE